IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION    2025 OCT -6  A 11: 35

TRE_ _ _SER. CLK
U.S. _ _ICT CO_RT
MIDD_E D_STRICT ALA

Terrell Demetreus Cooks
_____

_____

PLAINTIFF

v.

Wayne Sanderson Farm
_____

_____

DEFENDANT

CASE ACTION NO.: 1:25-cv-00791-ECM-SMD

JURY DEMAND (MARK ONE)

☑ YES        ☐ NO

## EEOC  COMPLAINT

1.    Plaintiff resides at 113 Daisy CT Troy, AL 36081

2.    Defendant(s)' name(s) Wayne Sanderson Farm

Location of principal office(s) of the named defendant(s) 1020 Co. Rd. 714 Jack, AL 36346 (Coffee County)

Nature of defendant(s)' business Wayne Sanderson Farm

Approximate number of individuals employed by defendant(s) 500 or More

3.    This action is brought pursuant  to  Title VII of the Civil Rights Act of 1964 for employement discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5.  Equitable and other relief are also sought under 42 §2000e-5(g).

4.    The acts complained of in this suit concern:

1.    ☐ Failure to employ me.
2.    ☑ Termination of my employment.
3.    ☐ Failure to promote me.
4.    ☐ Other acts as specified below:_____
_____
_____

5.  Plaintiff is:
    A.      ___ Presently employed by the defendant.
            ✓ Not presently employed by the defendant.  The dates of employement were
            _January 21, 2023_____ Employment was terminated because:

            (1)   ✓ Plaintiff was discharged.
            (2)   _____ Plaintiff was laid off.
            (3)   _____ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.   ✓ My race.
    B.   ✓ My religion.
    C.   ✓ My sex.
    D.   ✓ My national origin.
    E.   ✓ Other, as specified below: My disability of going to and
    from the doctor still to until now/I'm getting treatment
    and paying out of pocket for gas to and from the doctor's.

7.  The name(s), race, sex, and the position  or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) Ex Co workers, Ali, Jeremy, Nurses, Supervisor,
    HR manager, payroll department, and

8.  The alleged discrimination occurred on or about 10/12/2022/ before then.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows:
    My disability, race, and seeking help for medical
    treatment while I was employed with this company.
    My daughter, mother, and myself were all injured
    from this employer as well.

10. The alleged illegal activity took place at Wayne Sanderson Farm

11.  I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about 01/01/2023 .
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on 01/2/1/23 .

12.  I seek the following relief:

A.    ✓ Recovery of back pay.
B.    ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 10/6/25

_Jerree Codm_
Signature of Plaintiff

_113 Daisy CT Troy, AL 36081_
_334-238-8533_

Address & Telephone Number of Plaintiff